UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG COSTA,<br>        Plaintiff,<br>    v.<br>FORD MOTOR COMPANY,<br>        Defendant. | Case No. 3:18-cv-01479-WHO<br><br>**CONDITIONAL DISMISSAL UPON SETTLEMENT**<br>Re: Dkt. No. 14 |

The parties have provided notice that they have reached a settlement. Dkt. No. 14. Accordingly, all dates are vacated and this matter is DISMISSED WITH PREJUDICE. If any party certifies to this Court, with proper notice to opposing counsel within sixty (60) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: June 5, 2018

William H. Orrick
United States District Judge